423 A.2d 1319

Commonwealth v. Werts a/k/a Jennings, Appellant.

Argued March 22, 1979. Julius E. Fioravanti, for appellant; Steven Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.